1  Talia L. Delanoy (State Bar No.239973)
   GORDON REES SCULLY MANSUKHANI, LLP
2  3 Parkcenter Drive, Suite 200
   Sacramento, CA 95825
3  Telephone:  (916) 565-2900
   Facsimile:  (916) 920-4402
4  Email: tdelanoy@grsm.com

5  Attorneys for Defendant
   WESTROCK CP, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HADDOCK,<br><br>            Plaintiff,<br><br>      vs.<br><br>WESTROCK CP, LLC,<br><br>            Defendant. | Case No.: 1:19-CV-01390-SKO<br><br>**ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER (FRCP RULE 16)**<br><br>**(Doc. 11)** |

On September 8, 2020, the parties filed a Request to Modify the Scheduling Order (Doc. 11) requesting modification of the initial Scheduling Order issued on January 9, 2020, by Magistrate Judge Sheila K. Oberto.  The Parties presented the following good cause in support of their request to modify the scheduling order:

1.    After Judge Oberto issued the scheduling order, the parties were able to conduct limited discovery prior to the COVID-19 Pandemic.  Thereafter, plaintiff has continued to undergo treatment, and the parties have encountered significant delay in receiving records from Plaintiff's medical providers, with the facilities advising they cannot produce records due to the pandemic.

2.    While the parties have been diligent in pursuing discovery, they will be unable to complete discovery by the present discovery cut-off of October 30, 2020.  As such, the Parties request all discovery, expert and dispositive motion dates be continued by approximately 120 days, with the trial date continued according to the court's availability.

Case 1:19-cv-01390-SKO   Document 14   Filed 09/11/20   Page 2 of 2

Accordingly, in view of such good cause, the Parties' joint request to modify the scheduling order (Doc. 11) is GRANTED and the Scheduling Order (Doc. 10) is MODIFIED as follows:

| Matter | Current Date | Continued Date |
| --- | --- | --- |
| Deadline to Provide Proposed Settlement Conference Dates: | August 28, 2020 | December 28, 2020 |
| Non-Expert Discovery: | October 30, 2020 | March 1, 2021 |
| Expert Witnesses Disclosure: | November 2, 2020 | March 2, 2021 |
| Rebuttal Expert Witnesses Disclosure: | November 9, 2020 | March 9, 2021 |
| Expert Witness Discovery: | November 20, 2020 | March 22, 2021 |
| Non-Dispositive Motions: | November 30, 2020 | March 30, 2021 |
| Hearing for Non-Dispositive Motions: | December 30, 2020 | April 28, 2021[1] |
| Dispositive Motion Deadline: | November 30, 2020 | March 30, 2021 |
| Hearing for Dispositive Motions: | January 13, 2021 | May 12, 2021 |
| Pretrial Conference: | March 10, 2021 at 2:30 p.m.. | July 14, 2021 at 2:30 p.m. |
| Trial: | April 27, 2021 at 8:30 a.m. | October 5, 2021 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **September 10, 2020**          /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto's civil law and motion calendar occurs on Wednesdays at 9:30 a.m.