Talia L. Delanoy (State Bar No.239973)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402
Email: tdelanoy@grsm.com

Attorneys for Defendant
WESTROCK CP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HADDOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTROCK CP, LLC,<br><br>    Defendant. | Case No.: 1:19-cv-01390-SKO<br><br>**ORDER GRANTING REQUEST TO MODIFY SCHEDULING ORDER (FRCP RULE 16)**<br><br>(Doc. 17) |

On February 8, 2021, the Parties filed a Request to Modify the Scheduling Order (Doc. 17), requesting modification of the scheduling order issued on September 10, 2020. (Doc. 14.) The Parties presented the following good cause in support of their request to modify the scheduling order:

1.   After the scheduling order was issued, the Parties were able to conduct limited discovery prior to the COVID-19 Pandemic.  Thereafter, Plaintiff has continued to undergo treatment, and the Parties have encountered significant delay in receiving records from Plaintiff's medical providers, with the facilities advising they cannot produce records due to the pandemic.

2.   While the Parties have been diligent in pursuing discovery, they will be unable to complete discovery by the present discovery cut-off of March 1, 2021.  As such, the Parties request all discovery and motion dates be continued by approximately four months with the trial date continued according to the court's availability.

Accordingly, in view of such good cause, the Parties joint request to modify the scheduling order (Doc. 17) is GRANTED and the Scheduling Order (Doc. 14) is MODIFIED as follows:

| Matter | Current Date | Continued Date |
| --- | --- | --- |
| Non-Expert Discovery | March 1, 2021 | July 1, 2021 |
| Expert Witness Disclosure | March 2, 2021 | July 2, 2021 |
| Rebuttal Expert Witnesses Disclosure | March 9, 2021 | July 9, 2021 |
| Expert Witness Discovery | March 22, 2021 | July 22, 2021 |
| Non-Dispositive Motion Filing Deadline | March 30, 2021 | July 30, 2021 |
| Hearing for Non-Dispositive Motions | April 28, 2021 | September 1, 2021[1] |
| Dispositive Motion Filing Deadline | March 30, 2021 | July 30, 2021 |
| Hearing for Dispositive Motions | May 12, 2021 | September 15, 2021[2] |
| Pretrial Conference | July 14, 2021 | December 1, 2021 at 2:30 p.m. |
| Trial | October 5, 2021 | February 1, 2022 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **February 9, 2021**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] As the Parties were previously advised (*see* Doc. 14 at 2), Magistrate Judge Oberto's civil law and motion calendar occurs on Wednesdays at 9:30 a.m.

[2] The Court notes that the Parties requested August 11, 2021, as the date by which dispositive motions must be heard. (*See* Doc. 17 at 2.)  The Court has extended that proposed deadline to comply with the scheduling requirements of Local Rule 230.