# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HADDOCK,<br><br>                Plaintiff,<br><br>   v.<br><br>WESTROCK CP, LLC,<br><br>                Defendant.<br>_____/ | Case No. 1:19-cv-01390-SKO<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S CROSS MOTION TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 40) |

Before the Court is Defendant's ex parte application for an order shortening time to hear its cross motion to modify the scheduling order, filed July 26, 2021. (Doc. 40.) For good cause shown, *see* E.D. Cal. Local Rule 144(e), the Court GRANTS Defendant's ex parte application. Accordingly, the Court sets the following briefing schedule for Defendant's cross motion to modify the scheduling order (Doc. 39):

1. Plaintiff's opposition, or statement of non-opposition, is due by no later than **July 30, 2021**; and

2. Defendant waives a reply.

///

///

///

The Court will then take the matter under submission without oral argument pursuant to E.D. Cal. Local Rule 230(g).

IT IS SO ORDERED.

Dated:   **July 26, 2021**                              /s/ *Sheila K. Oberto*                        
                                                                     UNITED STATES MAGISTRATE JUDGE