# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HADDOCK,<br><br>    Plaintiff,<br><br>  v.<br><br>WESTROCK CP, LLC,<br><br>    Defendant.<br>_____/ | Case No. 1:19-cv-01390-SKO<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR ORDER PERMITTING EXAMINATION OF PLAINTIFF AND TO MODIFY THE SCHEDULING ORDER**<br><br>(Doc. 52) |

Before the Court is Defendant's ex parte application for an order shortening time to hear its motion for an order permitting the examination of Plaintiff and to modify the scheduling order, filed August 12, 2021. (Doc. 52.) For good cause shown, *see* E.D. Cal. Local Rule 144(e), the Court GRANTS Defendant's ex parte application for shortened time, and sets the following briefing schedule for Defendant's motion (Doc. 51):

1. Plaintiff's opposition, or statement of non-opposition, is due by no later than **August 16, 2021**; and

2. No reply shall be filed.

///

///

///

The Court will then take the matter under submission without oral argument pursuant to E.D. Cal. Local Rule 230(g).[1]

IT IS SO ORDERED.

Dated:   **August 12, 2021**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's previously-filed ex-parte applications (Docs. 49 & 50) have been superseded by its recent filing and are therefore DENIED as MOOT.