UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE HADDOCK,

               Plaintiff,

    v.

WESTROCK CP, LLC,

               Defendant.

Case No.  1:19-cv-01390-SKO

ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(Doc. 84)

On August 17, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 84.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 18, 2022**                          */s/ Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE